Ovie J. STEWARD, Appellant,

v.

The STATE of Texas, Appellee.

No. 30245.

Court of Criminal Appeals of Texas.

Dec. 17, 1958.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is murder; the punishment, 25 years.

The deceased was shot from across the street as he stood at the front of a tavern near closing time.

On the following day the appellant presented himself at the Criminal Courts

Building and offered to show the officers where he had thrown the pistol which he had used to shoot the deceased. Skin divers were contacted, and all parties, including the appellant, repaired to the Seventh Street bridge, where the pistol was recovered from the Trinity River.

The appellant did not testify or offer any evidence in his own behalf, and we find the evidence sufficient to support the conviction.

There are no bills of exception in the record, and no brief has been filed.

The judgment is affirmed.